1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  EVAN H. PERLMAN (MA BBO 651356)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-7025
6  FAX: (415) 436-6748
   Evan.Perlman@usdoj.gov
7
   Attorney for Defendants
8

9　　　　　　　　　　　UNITED STATES DISTRICT COURT

10　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

11　　　　　　　　　　　　SAN FRANCISCO DIVISION

12
| MICHAEL A. VILLALOBOS, | ) | No. C 12-00138 MEJ |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | ) | |
| TOM J. VILSACK, Secretary, U.S. Department of Agriculture | ) | |
| Defendants. | ) | |

19　　　Subject to the approval of the Court, the parties hereby stipulate that the initial case

20　management conference in this action, currently scheduled for April 19, 2012, at 10:00 a.m., will

21　be continued to June 7, 2012, at 10:00 a.m., or as soon thereafter as the parties may be heard.

22　The parties request and have stipulated to this continuance because Defendants' answer is not

23　due until May 15, 2012, and the parties agree that the initial case management conference should

24　be continued until after Defendants' answer(s) or Rule 12 motion(s) have been filed with the

25　Court.

26

27

28

DATED: March 29, 2012  By: _____
MICHAEL J. VILLALOBOS
Plaintiff - Pro Se

MELINDA HAAG
United States Attorney

DATED: March 29, 2012  By: _____
EVAN H. PERLMAN
Assistant United States Attorney
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Defendants shall serve this order upon Plaintiff.

DATED: March 30, 2012

_____
HONORABLE MARIA-ELENA JAMES
MAGISTRATE JUDGE

STIPULATION TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
C 12-00138 MEJ