```
 1  MELINDA HAAG (CSBN 132612)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  EVAN H. PERLMAN (MA BBO 651356)
    Assistant United States Attorney
 4
      450 Golden Gate Avenue, Box 36055
 5    San Francisco, California 94102-3495
      Telephone: (415) 436-7025
 6    FAX: (415) 436-6748
      Evan.Perlman@usdoj.gov
 7
    Attorney for Defendants
 8
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL A. VILLALOBOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOM J. VILSACK, Secretary, U.S. ) <br> Department of Agriculture ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 12-00138 MEJ <br><br> **STIPULATION TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Subject to the approval of the Court, the parties hereby stipulate that the initial case management conference in this action, currently scheduled for April 19, 2012, at 10:00 a.m., will be continued to June 7, 2012, at 10:00 a.m., or as soon thereafter as the parties may be heard. The parties request and have stipulated to this continuance because Defendants' answer is not due until May 15, 2012, and the parties agree that the initial case management conference should be continued until after Defendants' answer(s) or Rule 12 motion(s) have been filed with the Court.

STIPULATION TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
C 12-00138 MEJ

DATED: March 29, 2012   By: _____
MICHAEL J. VILLALOBOS
Plaintiff - Pro Se

MELINDA HAAG
United States Attorney

DATED: March 29, 2012   By: _____
EVAN H. PERLMAN
Assistant United States Attorney
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Defendants shall serve this order upon Plaintiff.

DATED: March 30, 2012   _____
HONORABLE MARIA-ELENA JAMES
MAGISTRATE JUDGE

STIPULATION TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
C 12-00138 MEJ