UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL A. VILLALOBOS,                              No. C 12-138 MEJ

          Plaintiff,                              **ORDER TO SHOW CAUSE**

  v.

TOM J. VILSACK,

          Defendant.

_____/

This matter is currently scheduled for a Case Management Conference on June 7, 2012. Although the Court has received Defendant's separate case management statement, Plaintiff has failed to file anything by the May 31 deadline. Accordingly, the Court hereby VACATES the June 7, 2012 case management conference and ORDERS Plaintiff Michael Villalobos to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 21, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on July 5, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is hereby informed that the Court may dismiss the case without a hearing if Plaintiff fails to file a response. Thus, it is imperative that Plaintiff file a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: June 4, 2012

                                              _____
                                              Maria-Elena James
                                              Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. VILLALOBOS,                                  No. C 12-00138 MEJ

            Plaintiff(s),                **CERTIFICATE OF SERVICE**

  v.

TOM J. VILSACK,

            Defendant(s).
                                          /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael A. Villalobos
2885 Bouth Bradley Road
Santa Maria, CA 93455

Dated: June 4, 2012

                                    Richard W. Wieking, Clerk
                                    By: Rose Maher, Deputy Clerk