# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| MICHAEL A. VILLALOBOS, | No. C 12-138 MEJ |
| Plaintiff, | **ORDER DISCHARGING OSC** |
| v. | |
| TOM J. VILSACK, | |
| Defendant. | |
| _____/ | |

On June 4, 2012, the Court issued an order for Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. However, as the Court is now aware, Plaintiff's address was incorrectly entered in the ECF system, thereby making it likely that Plaintiff did not receive notice. Accordingly, the Court DISCHARGES the order to show cause. The Court shall conduct a case management conference on July 19, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties are ORDERED to file a <u>joint</u> case management conference statement by July 12, 2012.

**IT IS SO ORDERED.**

Dated: July 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL A. VILLALOBOS, | No. C 12-00138 MEJ |
| Plaintiff(s), | **CERTIFICATE OF SERVICE** |
| v. |  |
| TOM J. VILSACK, |  |
| Defendant(s). / |  |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael A. Villalobos
2885 South Bradley Road
Santa Maria, CA 93455

Dated: June 29, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2