Jason M. Erlich, Esq., Cal. Bar #203661
Email: jason@erlichlaw.com
THE ERLICH LAW FIRM
150 Post Street, Suite 742
San Francisco, CA 94108
Tel: (415) 296-8420
Fax: (415) 296-8552

Attorney for Plaintiff Michael Villalobos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. VILLALOBOS,<br><br>    Plaintiff,<br><br>vs.<br><br>TOM VILSACK, Secretary, U.S. Department of Agriculture,<br><br>    Defendant. | Case No. CV 12-00138-MEJ<br><br>**[PROPOSED] CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that, subject to approval by the Court, Plaintiff Michael Villalobos, who appeared in this action *pro se*, hereby substitutes Jason M. Erlich, Esq., California State Bar No. 203661, as his attorney of record.

All pleadings, notices, orders, and other papers in the above-captioned matter should henceforth be served upon:

Jason M. Erlich, Esq., Cal. Bar #203661
Email: jason@erlichlaw.com
THE ERLICH LAW FIRM
150 Post Street, Suite 742
San Francisco, CA 94108
Tel: (415) 296-8420
Fax: (415) 296-8552

Date: July 5, 2012 THE ERLICH LAW FIRM

/S/ *Jason M. Erlich*
By: Jason M. Erlich, Esq.
Attorney for Plaintiff Michael Villalobos

I consent to the above substitution.

Date: July 5, 2012

/S/ *Michael Villalobos*
Michael Villalobos, Plaintiff *Pro Se*

I, Jason M. Erlich, hereby attest that I have on file all holographic signatures for any signature indicated by a "conformed" signature ("/S/") within this e-filed document.

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/6/2012

Hon. Maria-Elena James
Chief United States Magistrate Judge