# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| MICHAEL A. VILLALOBOS,<br><br>        Plaintiff,<br>    v.<br>TOM J. VILSACK,<br><br>        Defendant.<br>_____/ | No. C 12-138 MEJ<br><br>**ORDER CONTINUING CMC** |

The Court is in receipt of the parties' Joint Case Management Statement, filed July 12, 2012. Dkt. No. 30. As Plaintiff's counsel has just been retained in this matter and the parties have agreed to allow Plaintiff to file an amended complaint, the Court hereby CONTINUES the Case Management Conference in this case to October 18, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file an updated joint statement by October 10, 2012.

**IT IS SO ORDERED.**

Dated: July 13, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. VILLALOBOS,<br><br>        Plaintiff(s),<br><br>  v.<br><br>TOM J. VILSACK,<br><br>        Defendant(s). | No. C 12-00138 MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael A. Villalobos
2885 South Bradley Road
Santa Maria, CA 93455

Dated: June 29, 2012

                              Richard W. Wieking, Clerk
                              By: Rose Maher, Deputy Clerk

**UNITED STATES DISTRICT COURT**
For the Northern District of California