UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL A. VILLALOBOS,

           Plaintiff,

   v.

TOM J. VILSACK,

           Defendant.
_____/

No. C 12-138 MEJ

**ORDER CONTINUING CMC**

    This matter is currently scheduled for a Case Management Conference on November 15, 2012. Based upon the parties' joint statement, the Court finds a conference unnecessary at this time and CONTINUES the conference to January 31, 2013 at 10:00 a.m. The parties shall file an updated statement by January 24, 2013.

    **IT IS SO ORDERED.**

Dated: November 13, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge