UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHAEL A. VILLALOBOS, | No. C 12-138 MEJ |
| Plaintiff, | **ORDER CONTINUING CMC** |
| v. | |
| TOM J. VILSACK, | |
| Defendant. | |
| _____/ | |

This matter is currently scheduled for a Case Management Conference on November 15, 2012. Based upon the parties' joint statement, the Court finds a conference unnecessary at this time and CONTINUES the conference to January 31, 2013 at 10:00 a.m. The parties shall file an updated statement by January 24, 2013.

**IT IS SO ORDERED.**

Dated: November 13, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge