MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6813
    FAX: (415) 436-6748
    annie.reding@usdoj.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL A. VILLALOBOS, | No. C 12-00138 MEJ |
|     Plaintiff, | **STIPULATION TO CONTINUE ADR DEADLINE; [PROPOSED] ORDER** |
| v. | |
| TOM J. VILSACK, Secretary, U.S. Department of Agriculture | |
|     Defendants. | |

    Pursuant to Local Civil Rules 6-1 and 6-2, defendant Tom J. Vilsack, Secretary of the United States Department of Agriculture ("Defendant") and plaintiff Michael A. Villalobos ("Plaintiff"), by and through their respective counsel, hereby jointly and respectfully request that the Court continue the Alternative Dispute Resolution ("ADR") deadline in this matter for at least ninety days. In accordance with Local Civil Rule 6-2(a), this stipulation is supported by the Declaration of Ann Marie Reding and a proposed order, which are filed herewith. The parties stipulate as follows:

    1.    On January 6, 2012, Plaintiff, then *pro se*, filed his Complaint in this case. *See* Docket No. 1. On May 12, 2012, Defendant filed an answer to Plaintiff's Complaint. *See* Docket No. 18.

STIPULATION TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
C 12-00138 MEJ

2. On July 26, 2012, the Court referred this case to mediation with the deadline to be measured out ninety days after Defendant filed an answer to Plaintiff's anticipated amended complaint. *See* Docket No. 34. On July 31, 2012, Plaintiff, then represented by counsel, filed a First Amended Complaint. *See* Docket No. 35.

3. On October 15, 2012, and after briefing and a subsequent order granting, in part, Defendant's motion to dismiss, Defendant filed an answer to Plaintiff's First Amended Complaint. *See* Docket Nos. 37-42.

4. Based the Court's July 26, 2012 notice, the deadline for the parties to mediate this case is ninety days from Defendant's answer, or January 13, 2012. *See* Declaration of Ann Marie Reding ("Reding Decl."), ¶ 5.

5. Although the parties agreed to attend a mediation with Martin Dodd on January 10, 2013, after an exchange of limited discovery and Plaintiff's deposition, the parties realized this case is not yet ripe for mediation. In order to better facilitate settlement discussion, the parties would like to engage in further discovery. *See* Reding Decl., ¶ 6.

6. On January 7, 2013 the parties agreed to file this stipulation with the Court and notify the mediator of their need for additional time to conduct discovery. The parties agreed to contact the mediator after further discovery to evaluate whether the case will be more suitable for settlement negotiations at that time. *See id.* at ¶ 7.

7. No prior extensions of time have been requested or granted. *See id.* at ¶ 8.

8. The requested time modification will not impact any other deadline imposed by Court. *See id.* at ¶ 9.

9. In light of the foregoing, the parties request that the Court continue the last day to mediate this case until April 30, 2013.

///
///
///
///
///

STIPULATION TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
C 12-00138 MEJ

DATED: January 10, 2013          Respectfully submitted,

         /s/ Jason Erlich[1]
JASON ERLICH
Attorney for Plaintiff

DATED: January 10, 2013          Respectfully submitted,
MELINDA HAAG
United States Attorney

         /s/ Ann Marie Reding
ANN MARIE REDING
Assistant United States Attorney
Attorneys for Defendant

## ~~PROPOSED~~ ORDER

Plaintiff and Defendant's Stipulated Request to Continue the ADR deadline is hereby **GRANTED**. The last day to mediate this case is continued until April 30, 2013.

Date: January 11, 2013

         HON. MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] I, Ann Marie Reding, attest that concurrence in the filing of this document has been obtained from the other signatories listed on this document except where otherwise indicated, in accord with the Northern District of California's Local Rule 5-1.

STIPULATION TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
C 12-00138 MEJ