UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHAEL A. VILLALOBOS,<br><br>             Plaintiff,<br>   v.<br>TOM J. VILSACK,<br><br>             Defendant.<br>_____/ | No. C 12-138 MEJ<br><br>**ORDER CONTINUING CMC** |

The Court is in receipt of the parties' Joint Case Management Statement, filed January 24, 2013. Dkt. No. 47. Based on the parties' request that the Case Management Conference be continued until after an anticipated mediation in April, the Court hereby CONTINUES the Case Management Conference to May 9, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file an updated joint statement by May 2, 2013.

**IT IS SO ORDERED.**

Dated: January 24, 2013

_____
Maria-Elena James
United States Magistrate Judge