# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| MICHAEL A. VILLALOBOS, | No. C 12-138 MEJ |
| Plaintiff, | **ORDER CONTINUING CMC** |
| v. | |
| TOM J. VILSACK, | |
| Defendant. | |
| _____/ | |

The Court is in receipt of the parties' Joint Case Management Statement, filed May 2, 2013. Dkt. No. 51. As mediation is ongoing, the Court hereby CONTINUES the Case Management Conference to June 20, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file an updated joint statement by June 13, 2013.

**IT IS SO ORDERED.**

Dated: May 2, 2013

_____
Maria-Elena James
United States Magistrate Judge

Case3:12-cv-00138-MEJ   Document52   Filed05/02/13   Page2 of 2