Jason M. Erlich, Esq., Cal. Bar #203661
Email: jason@mcelawfirm.com
MCCORMACK & ERLICH, LLP
150 Post Street, Suite 742
San Francisco, CA 94108
Tel: (415) 296-8420
Fax: (415) 296-8552

Attorney for Plaintiff Michael Villalobos

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6813
   FAX: (415) 436-6748
   annie.reding@usdoj.gov

Attorneys for Defendant Tom Vilsack,
Secretary, U.S. Department of Agriculture

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. VILLALOBOS,<br><br>    Plaintiff,<br><br>vs.<br><br>TOM VILSACK, Secretary, U.S. Department of Agriculture,<br><br>    Defendant. | Case No. CV 12-00138-MEJ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** [~~PROPOSED~~] **ORDER** |

    Defendant Tom Vilsack, Secretary, U.S. Department of Agriculture and Plaintiff Michael A. Villalobos, by and through their respective counsel, stipulate and agree as follows:

    1.    A case management conference is currently scheduled for June 20, 2013, at 10:00 a.m.

- 1 -

2. Due to a scheduling conflict, the parties seek a continuance of the case management conference to July 11, 2013 at 10:00 a.m. Both parties are unavailable on June 20, 2013, and counsel for Defendant will be on leave until June 25, 2013.

3. The parties stipulate and agree that pursuant to the Court's May 2, 2013 order, no later than seven days before the case management conference, they will file a joint case management conference statement with the Court.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: May 30, 2013   /S/ *Ann Marie Reding*
ANN MARIE REDING
Assistant United States Attorney

Dated: May 31, 2013   MCCORMACK & ERLICH, LLP

/S/ *Jason M. Erlich*
By: Jason M. Erlich, Esq.
Attorneys for Plaintiff Michael Villalobos

I, Jason M. Erlich, hereby attest that I have on file all holographic signatures for any signature indicated by a "conformed" signature ("/S/") within this e-filed document.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: May 31, 2013   _____
HONORABLE MARIA ELENA JAMES
MAGISTRATE JUDGE