UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHAEL A. VILLALOBOS,<br><br>    Plaintiff,<br>v.<br><br>TOM J. VILSACK, Secretary, U.S. Department of Agriculture,<br><br>    Defendant.<br>_____/ | No. C 12-138 MEJ<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD (DKT. NO. 55)** |

Pending before the Court is the Motion filed by Jason Erlich and the law firm of McCormack & Erlich, LLP to withdraw as counsel of record for Plaintiff Michael Villalobos. Dkt. No. 55. No opposition to the Motion has been received. The Court finds this matter suitable for disposition without oral argument and VACATES the July 18, 2013 hearing. Civ. L.R. 7-1(b). For good cause shown, attorney Jason Erlich and McCormack & Erlich, LLP are hereby GRANTED leave to withdraw as counsel of record for Plaintiff Michael Villalobos. Counsel is ORDERED to forward any and all papers to Plaintiff Michael Villalobos at his residential addresses until he appears by other counsel or pro se in compliance with Civil Local Rule 11-5(b).

**IT IS SO ORDERED.**

Dated: July 3, 2013

_____
Maria-Elena James
United States Magistrate Judge