UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHAEL A. VILLALOBOS, | No. C 12-138 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| TOM J. VILSACK, | |
| Defendant. | |

This matter is currently scheduled for a Case Management Conference on August 22, 2013. However, on August 15, Defendant Tom Vilsack filed a Case Management Statement, in which Defendant's counsel states that she has been unable to contact Plaintiff Michael Villalobos. Dkt. No. 58. Plaintiff has not filed any statement of his own and, on July 3, 2013, the Court granted his counsel's motion to withdraw as counsel of record. Dkt. No. 56. In their Motion, counsel stated that Plaintiff breached an agreement as to the payment of fees and costs and had made it unreasonably difficult for counsel to carry out their employment effectively. Dkt. No. 55. Plaintiff filed no response to the Motion and he has made no appearance in this matter since the Court granted counsel's Motion. Accordingly, the Court hereby VACATES the August 22 Case Management Conference and ORDERS Plaintiff Michael Villalobos to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by September 5, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on September 19, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: August 16, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. VILLALOBOS,

        Plaintiff(s),

   v.

TOM J. VILSACK,

        Defendant(s).

No. C 12-00138 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 16, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael A. Villalobos
2885 South Bradley Road
Santa Maria, CA 93455

Dated: August 16, 2013

                              Richard W. Wieking, Clerk
                              By: Rose Maher, Deputy Clerk